Form G5 (20241101)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 20-12474
)
Glory A Rosato, ) Chapter: 13
Debtor )
) Honorable Donald R. Cassling
)

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This matter coming to be heard on the Motion for Relief from the Automatic Stay of PNC Bank, National Association ("Movant"), by and through its undersigned attorney, this Court having jurisdiction, IT IS HEREBY ORDERED:

1. The parties herein agree that the interest of Movant is adequately protected by this agreed order and performance as more particularly set forth herein with respect to 4042 Gilbert, Western Springs, IL 60558 (the "Property").

2. The Debtor has paid the post-petition delinquency and is post-petition due for the June 24, 2025. Debtor will continue to make regular monthly mortgage payments beginning with the June 24, 2025 due. Payments should be sent directly to:
   PNC Bank, National Association
   PO Box 94982
   Cleveland, OH 44101

3. In the event the Debtor falls two months behind on post-petition mortgage payments, Movant may give notice to the Debtor and Debtor's Attorney. If the Debtor does not cure the default in its entirety within fourteen (14) days from the date of the notice, Movant shall file a Notice of Termination of Stay and the automatic stay will be terminated without further notice or hearing.

4. If the case converts to any other chapter, dismisses or discharges, the terms of this order are no longer in effect or binding

Enter:

/s/ Donald R. Cassling

Donald R. Cassling
United States Bankruptcy Judge

Dated: June 18, 2025

**Prepared by:**

/s/ Chris Iaria
Chris Iaria, Esq. ARDC No. 6301746
Quintairos, Prieto, Wood & Boyer, P.A.
141 W. Jackson Blvd., Suite 1575
Chicago, IL 60604
(312) 566-0040

Email: Chris.Iaria@qpwblaw.com

/s/ Michelle E. Mandroiu
Michelle E. Mandroiu, Esq.
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600
michelle@cutlerltd.com